**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ALEXANDER GATZMAN,**<br><br>**Defendant.** | **Case No. 24-CR-00075-SEH** |

# OPINION AND ORDER

Before the Court is Defendant Alexander Gatzman's Motion to Request Recuse. [ECF No. 51]. Defendant asks the undersigned to recuse from this case "due to the fact that on or about June 29, 2022 charges were filed against defendant, Alexander Tah-lee Gatzman, by Judge Sarah [sic] E Hill when she was Attorney General of the Cherokee Nation." [*Id*. at 1]. Defendant attached a copy of the information in Cherokee Nation Case No. CF-22-1846 to his motion. The case that Defendant referenced was included in the Court's consideration for computing an accurate criminal history score for sentencing purposes.

The undersigned's name appears in the Cherokee Nation filing as the Attorney General of Nation. [*Id*. at 4–5]. However, the undersigned did not sign that document, nor did the undersigned participate as counsel, adviser

or material witness concerning Cherokee Nation Case No. CF-22-1846, nor did the undersigned express an opinion concerning the merits of that case. Therefore, this is not the type of case where the Court must recuse. 28 U.S.C. § 455(b)(3); *see United States v. Gipson*, 835 F.2d 1323, 1326 (10th Cir. 1988). For the same reasons recusal is not required under 18 U.S.C. § 455(b)(3), the Court finds that recusal is not appropriate under § 455(a). The undersigned's impartiality cannot reasonably be questioned because the undersigned has no connection to the defendant or his prior prosecution in the Cherokee Nation.

IT IS THEREFORE ORDERED that the Defendant's Motion to Request Recuse [ECF No. 51] is DENIED.

DATED this 15th day of September, 2026.

Sara Hill

Sara E. Hill
UNITED STATES DISTRICT JUDGE